THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SLAUGHTER, Appellant.— Judgment of the County Court, Nassau County, rendered June 7, 1971, affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to require defendant to surrender himself in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN P. TAYLOR, Appellant.— In a *coram nobis* proceeding to vacate a judgment of the Supreme Court, Kings County, rendered December 3, 1953, defendant appeals from an order of the said court dated June 3, 1970, which denied the application after a hearing. Order affirmed. Defendant has fully served the sentence challenged herein. Questions now raised as to the validity or excessiveness of the sentence are no longer viable claims (*People* v. *Coleman*, 30 N Y 2d 582). Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.